```
           FILED              RECEIVED
           ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

              OCT 14 2020

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RODRIGO NUNEZ-DE LEON,<br>   aka "Rodrigo Nunez,"<br>   aka "Rodrigo Nunez De Leon,"<br><br>   Defendant. | Case No. 2:20-mj-00887-VCF<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on _____October 27_____, 2020 at the hour of 4:00 p.m., be vacated and continued to January 25, 2021 at the hour for 4:00 PM in LV courtroom 3D Magistrate Judge Cam Ferenbach.

DATED this 14 day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

5