# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00887-VCF |
| Plaintiff, | Order Directing Probation to Prepare a Criminal History Report |
| v. | |
| RODRIGO NUNEZ-DE LEON,<br>  aka "Rodrigo Nunez,"<br>  aka "Rodrigo Nunez De Leon," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 14 day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3